PROB 12C
(6/16)

Report Date: November 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Pena      Case Number: 0980 2:21CR00169-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 17, 2012

Original Offense:   Possession and Discharge of a Firearm in Furtherance of Drug Trafficking Crime, 18
U.S.C. § 924(c)(1)(A)(iii); Conspiracy to Distribute Methamphetamine, 21 U.S.C. §
841(a)(1) & (b)(1)(B);

Original Sentence:   Prison - 156 months           Type of Supervision: Supervised Release
TSR - 120 months

Asst. U.S. Attorney:   U.S. Attorney's Office      Date Supervision Commenced: September 22, 2021

Defense Attorney:   Federal Defenders Office      Date Supervision Expires: September 21, 2031

## PETITIONING THE COURT

To issue a summons.

On October 7, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Pena as outlined in the judgement and sentence. Mr. Pena signed his judgement acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: It is alleged that Mr. Pena violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about October 30, through November 2, 2022. Mr. Pena signed an admission of drug use form acknowledging his methamphetamine consumption during this time period. |

Prob12C
**Re: Pena, Daniel**
**November 10, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 10, 2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

November 14, 2022
Date